August 11, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

BAKER HUGHES OILFIELD OPERATIONS, INC., Appellant

NO. 14-16-00498-CV                V.

MICHELLE LEE PINA, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on June 3, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Baker Hughes Oilfield Operations, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.